Mangal SINGH, Appellant, v. Edward L. HAFF, District Director of Immigration and Naturalization for the Port of San Francisco, Cal., Appellee.

No. 9477.

Circuit Court of Appeals, Ninth Circuit.

Aug. 2, 1940.

Joseph P. Fallon, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and R. B. McMillan and L. R. Mercado, Asst. U. S. Attys., all of San Francisco, Cal., (A. J. Phelan, U. S. Immigration and Naturalization Service, of San Francisco, Cal., on the brief), for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

The order is affirmed upon the authority of Channan Singh v. Haff, 309 U.S. 634, 60 S.Ct. 720, 84 L.Ed. —, decided April 1, 1940, by the United States Supreme Court.

John S. SNYDER, Appellant, v. FEDERAL LAND BANK OF BALTIMORE, Appellee.

No. 4570.

Circuit Court of Appeals, Fourth Circuit.

Jan. 8, 1940.

S. Woods Byrer, of Martinsburg, W. Va., for appellant.

Peyton G. Jefferson and John L. Bitner, both of Baltimore, Md., and Lee Bushong, Jr., of Charles Town, W. Va., for appellee.

PER CURIAM.

Judgment of District Court reversed with costs. Judgment filed.

Paul STEVENS, Appellant, v. UNITED STATES of America, Appellee.

No. 4578.

Circuit Court of Appeals, Fourth Circuit.

Nov. 16, 1939.

Claude L. Dawson, of Washington, D. C., for appellant.

Joe V. Gibson, U. S. Atty., of Kingwood, W. Va., Wayne T. Brooks, Asst. U. S. Atty., of Clarksburg, W. Va., and Jacob S. Hyer, Asst. U. S. Atty., of Elkins, W. Va., for appellee.

PER CURIAM.

Case docketed and appeal dismissed on motion of appellee. Order filed.

A. John STRENG v. James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, California.

No. 9514.

Circuit Court of Appeals, Ninth Circuit.

July 31, 1940.

A. John Streng, in pro. per.

Frank J. Hennessy, U. S. Atty., R. B. McMillan, A. J. Zirpoli, and Joseph Karesh, Asst. U. S. Attys., all of San Francisco, Cal., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs filed, and good cause therefor appearing, ordered order of District Court affirmed, that a decree be filed and entered accordingly, and mandate of this court issue as provided in rule.